UNITED STATES DISTRICT FEDERAL COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER KING, JD<br>A/K/A KingCast,_ | ) | CASE NO. 19-CV-1987 |
| | ) | |
| Plaintiff, | ) | JUDGE WILLIAM ORRICK |
| vs. | ) | |
| FACEBOOK, INC., | ) | |
| Defendant. | ) | |

### PLAINTIFF'S MOTION FOR RULE 201 JUDICIAL NOTICE

NOW COMES PLAINTIFF, CHRISTOPHER KING, J.D. to note that the 24 April 2019 USA Today published a story, "Facebook while black: Users call it getting 'Zucked,' say talking about racism is censored as hate speech."  (by Jessica Guynn).

The content of the story closely (read: precisely) mirrors much of the subject matter of Plaintiff's pending lawsuit.

https://www.usatoday.com/story/news/2019/04/24/facebook-while-black-zucked-users-say-they-get-blocked-racism-discussion/2859593002/?fbclid=IwAR1v3n_Duzo3ynbDepsmjtdfYDJyrkgmpIT8LpDXiW2M7vLzJ_V22NsxjoQ

As such, Plaintiff hereby files this Motion as he has noted in his pending Initial Disclosures sent to Defendant on 25 April, 2019[1] that:

> Mark S. Luckie.  Former Facebook Diversity/HR Vice President. Input as to his statements that :
>
> "Racism was prevalent on the Campus and on the Platform."
>
> and
>
> Facebook is failing its black employees and its black users
> and
>
> "Black people are finding that their attempts to create "safe spaces" on Facebook for conversation among themselves are being derailed by the platform itself. Non-black people are reporting what are meant to be positive efforts as hate speech, despite them often not violating Facebook's terms of service. Their content is removed without notice. Accounts are suspended indefinitely."
> https://www.facebook.com/notes/mark-s-luckie/facebook-is-failing-its-black-employees-and-its-black-users/1931075116975013/

---

[1] Defendant has not indicated when it will meet for a Rule 26f Conference despite repeated inquiry. As such, the Parties and the Court are unaware of what is going on despite a 5 June 2019 3pm scheduled Hearing Date for Preliminary Injunction on the Subornation of Perjury issue.

1

      In the interests of expediency and Judicial Economy Plaintiff has scheduled the Hearing on this matter to occur coterminous with his Motion for Preliminary Injunctive Relief on 9 June 2019 at 3pm relative to the repeated Defamatory remarks he and his love interests have suffered over the past two years without any recourse from Defendant whatsoever when they were asked to fulfill their *Dendrite* Duties.

Respectfully submitted,

_____

CHRISTOPHER KING, J.D.

CERTIFICATE OF SERVICE

I the undersigned swear that a true and accurate copy of the foregoing was submitted to ECF And was delivered via email to Counsel for Defendant at:

Keker Van Nest & Peters,

c/o Gavin Thole, Esq.
gthole@keker.com

c/o William Hicks, Esq.
whicks@keker.com

this 26th Day of April, 2019

_____

CHRISTOPHER KING, J.D.