UNITED STATES DISTRICT FEDERAL COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER KING, JD A/K/A KingCast,_ | ) | CASE NO. 19-CV-1987 |
| | ) | |
| Plaintiff, | | |
| | ) | JUDGE WILLIAM ORRICK |
| vs. | | |
| | ) | |
| FACEBOOK, INC., | | |
| | ) | |
| Defendant. | | |

**PLAINTIFF'S MOTION TO COMPEL PARTICIPATION IN RULE 26F CONFERENCE AND REQUEST FOR LIMITED EXPEDITED DISCOVERY ON DEFAMATION**

NOW COMES PLAINTIFF, CHRISTOPHER KING, J.D. to note that Defendant in this case has indicated, and maintains its position that it is not obligated to participate in a Rule 26f Conference.  Defendant has noted that it will seek an appropriate remedy with the Court.

Plaintiff contends that he is entitled to seek a proper remedy with the Court pursuant to *Wiremold v. Thomas & Betts*, 3:16-CV-02133 (D. Conn), *Escareno v. Lundbeck*, 3:14-CV-257 B (May 15 2014 ND Texas), *Suleiman Abdullah Salim et al v. James Elmer Mitchess et al.* 2:15-CV-JLQ and *City of San Jose v. Wilber L. Ross, Jr,* 3:18-CV-02279-RS (ND Cal San Francisco Division) on the Discovery Conference and pursuant to *Dhillon v. Does* 1-10, (ND Cal. C 13-1465 SI)(Order GRANTED on 25 September 2013) as to Expedited Discovery.

In the Case to Date, Defendant has already:

1. Falsely accused Plaintiff of engaging in "frivolous" conduct, a Term of Art;

2. Refused to accept email service from Plaintiff, an abusive and wasteful tactic;

3. Refused to engage in Rule 26 Conferences, in derogation of Law as held by several U.S. Federal Courts including this one;

4. Refused to even address Plaintiff's well-documented history of ongoing Defamation per se that he has been sustaining now for the past two (2) years with a recent flare-up.

The abuse by the unknown Party and by Defendant must stop, and stop immediately such that the Court and Parties conduct themselves with the utmost of consideration and professionalism and concern about highly sensitive issues.

Respectfully submitted,

_____

CHRISTOPHER KING, J.D.

1

CERTIFICATE OF SERVICE

I the undersigned swear that a true and accurate copy of the foregoing was submitted to ECF
And was delivered via email to Counsel for Defendant at:

Keker Van Nest & Peters,

c/o William Hicks, Esq.
whicks@keker.com

this 5th Day of May, 2019

_____
CHRISTOPHER KING, J.D.