KEKER, VAN NEST & PETERS LLP
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
WILLIAM S. HICKS - # 256095
whicks@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant Facebook, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER KING, JD A/K/A KingCast,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:19-cv-01987-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING LIMITED EXPEDITED DISCOVERY AND STAY OF FURTHER DISCOVERY PENDING RESOLUTION OF MOTION TO DISMSS**<br><br>Judge: Hon. William H. Orrick, Jr.<br><br>Date Filed: April 12, 2019<br><br>Trial Date: Not Set |

Plaintiff Christopher King and Defendant Facebook, Inc. ("Facebook") hereby stipulate as follows:

WHEREAS, on April 22, 2019, Plaintiff filed a First Amended Complaint ("FAC") asserting as his seventh cause of action against Facebook a claim for "Subornation of Defamation, Internet Stalking, Cyber-Bullying and Invasion of Privacy." Dkt. No. 5 at 27;

WHEREAS, on April 22, 2019, Plaintiff filed a motion for preliminary injunction ("PI Motion"), based on his seventh cause of action. Dkt. No. 6. As injunctive relief, Plaintiff requested an order requiring Facebook to provide identifying information for three Facebook user names that allegedly were used to post defamatory statements about Plaintiff. *Id*. at 6-3;

WHEREAS, a hearing on Plaintiff's PI Motion is presently set for June 5, 2019;

WHEREAS, Plaintiff has requested Facebook to provide expedited discovery, before the parties' Rule 26(f)[1] conference, comprising identifying information for the three user names allegedly used to post defamatory messages about him (*see* FAC ¶¶ 65-66);

WHEREAS, having met and conferred regarding Plaintiff's PI Motion and his request for expedited discovery, the parties hereby stipulate that: (1) Plaintiff will file a Second Amended Complaint withdrawing his seventh cause of action against Facebook and asserting it against the ("Doe") defendant(s) who he alleges have posted defamatory statements about him; (2) Plaintiff will withdraw his pending PI Motion (Dkt. No. 6); (3) Plaintiff may serve a document request, before the parties' Rule 26(f) conference, limited to the categories of information set forth in 18 USC § 2703(c)(2) for the three user names that allegedly were used to post defamatory messages (*see* FAC ¶¶ 65-66); (4) Facebook will file a motion to dismiss Plaintiff's remaining claims against Facebook on or before June 11, 2019; (5) Plaintiff will not seek any additional discovery before the Court's resolution of Facebook's motion to dismiss;

WHEREAS, if it pleases the Court, the parties wish to continue the Initial Case Management Conference, currently scheduled for July 16, 2019, until after the Court has ruled on Facebook's anticipated motion to dismiss.

---

[1] Fed. R. Civ. Proc.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

(1) Plaintiff will file a Second Amended Complaint withdrawing his seventh cause of action against Facebook and asserting it against the ("Doe") defendant(s) who he alleges have posted defamatory statements about him;

(2) Plaintiff will withdraw his pending PI Motion;

(3) Plaintiff may serve a document request, before the parties' Rule 26(f) conference, limited to the categories of information set forth in 18 USC § 2703(c)(2) for the three user names that allegedly were used to post defamatory messages (*see* FAC ¶¶ 65-66);

(4) Facebook will file a motion to dismiss Plaintiff's remaining claims against Facebook on or before June 11, 2019; and

(5) Other than set forth in this stipulation, Plaintiff will not seek any discovery from Facebook before the Court's resolution of Facebook's motion to dismiss.

Dated: May 22, 2019

By: */s/ William S. Hicks*
WILLIAM S. HICKS (SBN 256095)
KEKER, VAN NEST & PETERS LLP

Attorneys for Defendant Facebook, Inc.

Dated: May 22, 2019

By: */s/ Christopher King (with permission)*
Pro se Plaintiff

**FILER'S ATTESTATION**

I, William S. Hicks, am the ECF user whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories of this document have concurred in this filing.

*/s/ William S. Hicks*

**PROPOSED ORDER**

This cause having come before the Court on the parties' May 16, 2019 Stipulation Regarding Limited Expedited Discovery and Stay of Further Discovery Pending Resolution of Motion to Dismiss, the Court hereby endorses the parties' Stipulation as follows: (1) Plaintiff will file a Second Amended Complaint withdrawing his seventh cause of action against Facebook and asserting it against the ("Doe") defendant(s) who he alleges have posted defamatory statements about him; (2) Plaintiff will withdraw his pending PI Motion (Dkt. No. 6); (3) Plaintiff may serve a document request, before the parties' Rule 26(f) conference, limited to the categories of information set forth in 18 USC § 2703(c)(2) for the three user names that allegedly were used to post defamatory messages (*see* FAC ¶¶ 65-66); (4) Facebook will file a motion to dismiss on or before June 11, 2019; (5) Plaintiff will not seek any additional discovery before the Court's resolution of Facebook's motion to dismiss.

**IT IS SO ORDERED**.

Dated: May ___, 2019

________________________________________

William H. Orrick, Jr.
United States District Judge