UNITED STATES DISTRICT FEDERAL COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER KING, JD A/K/A KingCast,_ | ) | CASE NO. 19-CV-1987 |
| Plaintiff, | ) | |
| vs. | ) | JUDGE WILLIAM ORRICK |
| FACEBOOK, INC., | ) | |
| Defendant. | ) | |

**MOTION TO FILE SURREPLY MEMORANDUM
OF PLAINTIFF CHRISTOPHER KING, J.D.
IN OPPOSITION TO DEFENDANT'S 12(b)(6) MOTION TO DISMISS**

  NOW COMES PLAINTIFF to respectfully request that the Court GRANT his Motion to file a short Surreply as the Defendant continues to attempt to discuss irrelevant matter and to misconstrue Plaintiff's position in this matter even as IBM's Director of Public Policy Ryan Hagemann argues squarely in favor of Plaintiff.  Appendix A.

Respectfully submitted,

_____
Christopher King, J.D.

CERTIFICATE OF SERVICE

I the undersigned swear that a true and accurate copy of the foregoing was submitted to ECF And was delivered via email to Counsel for Defendant at:

Keker Van Nest & Peters,

PAVEN MALHOTRA - # 258429
pmalhotra@keker.com

MATAN SHACHAM - # 262348
mshacham@keker.com

WILLIAM S. HICKS - # 256095
whicks@keker.com

this 12th Day of July, 2019

_____
CHRISTOPHER KING, J.D.