UNITED STATES DISTRICT FEDERAL COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER KING, JD<br>A/K/A KingCast,_<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 19-CV-1987<br><br>JUDGE WILLIAM ORRICK |

## PLAINTIFF'S REQUEST FOR AUDIO ARCHIVE

May it Please the Court: On research, information and belief there is no guarantee that the Oral Arguments in this case will be recorded and maintained at Pacer because. Plaintiff could find only the general notion that "select cases" will be available. Given the nature of this very public issue and the many voices of reform that are being aired the audio from this case must be publicly available.

Respectfully submitted,

_____

CHRISTOPHER KING, J.D.

CERTIFICATE OF SERVICE

I the undersigned swear that a true and accurate copy of the foregoing was submitted to ECF
And was delivered via email to Counsel for Defendant at:

Keker Van Nest & Peters,

PAVEN MALHOTRA - # 258429
pmalhotra@keker.com

MATAN SHACHAM - # 262348
mshacham@keker.com

WILLIAM S. HICKS - # 256095
whicks@keker.com

this 15th Day of July 2019

_____
CHRISTOPHER KING, J.D.