KEKER, VAN NEST & PETERS LLP
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
WILLIAM S. HICKS - # 256095
whicks@keker.com
GAVIN THOLE - # 325713
gthole@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant Facebook, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER KING, JD A/K/A KingCast,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:19-cv-01987-WHO<br><br>**NOTICE OF APPEARANCE OF GAVIN THOLE**<br><br>Judge:     Hon. William H. Orrick, Jr.<br><br>Date Filed: April 12, 2019<br><br>Trial Date: Not Set |

**TO THE COURT, ALL PARTIES AND OTHER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Gavin Thole of the law firm of Keker, Van Nest & Peters LLP hereby enters his appearance on behalf of Defendant Facebook, Inc. in the above-captioned matter. Mr. Thole is a member of the State Bar of California. Counsel consents to electronic service of all papers in this action and can be contacted at the following address, telephone, fax and email:

> Gavin Thole (CSBN #325713)
> Keker, Van Nest & Peters LLP
> San Francisco, CA 94111-1809
> Telephone:   415 391 5400
> Facsimile:   415 397 7188
> Email:       gthole@keker.com

Dated:  July 16, 2019                                         KEKER, VAN NEST & PETERS LLP

                                                              By:  */s/ Gavin Thole*
                                                                   PAVEN MALHOTRA
                                                                   MATAN SHACHAM
                                                                   WILLIAM S. HICKS
                                                                   GAVIN THOLE

                                                              Attorneys for Defendant Facebook, Inc.