# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| Date: July 17, 2019 | Time: 16 minutes 9:26 a.m. to 9:42 a.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 19-cv-01987-WHO | Case Name: King v. Facebook, Inc. | |

**Attorney for Plaintiff:** Christopher King (pro se)
**Attorneys for Defendant:** Gavin Thole, and Paven Malhotra

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Belle Ball

### PROCEEDINGS

Parties appear for hearing on motion to dismiss.  Argument heard; motion taken under submission; written order to follow.