UNITED STATES DISTRICT FEDERAL COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER KING, JD A/K/A KingCast,_ | ) | CASE NO. 19-CV-1987 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE WILLIAM ORRICK |
| vs. | ) | |
| | ) | |
| FACEBOOK, INC., | ) | |
| Defendant. | | |

**POST HEARING UPDATE OF CHRISTOPHER KING, J.D.
IN OPPOSITION TO DEFENDANT'S 12(b)(6) MOTION TO DISMISS**

At Hearing Plaintiff briefly described one factual scenario in which Defendant was arguably demonstrating retaliatory animus in the application of its contractual obligations to Plaintiff by allowing him to post his Chris King's First Amendment Page blog but not his How to Sue Facebook Blog. Without waiving any of his other Arguments and without ranging into completely new areas of substantive arguments Plaintiff draws the Courts and Defendant's attention to SAC paras 37-43 and the following newer screen captures. The first image of a video about the VA is the antecedent to the comments seen on the screenshot at the top of p.2:



1





Plaintiff sent emails to Counsel for Plaintiff in June, 2019 addressing the above issues.





These two images on pp. 4-5 are from today, 19 July 2019 showing how it is still Defendant's Policy-in-fact to restrict the Facebook blog based on "Community Standards" but not his personal blog, Chris King's First Amendment Page, even though the content is IDENTICAL.

Respectfully submitted,

_____
CHRISTOPHER KING, J.D.

CERTIFICATE OF SERVICE

I the undersigned swear that a true and accurate copy of the foregoing was submitted to ECF And was delivered via email to Counsel for Defendant at:

Keker Van Nest & Peters,

PAVEN MALHOTRA - # 258429
pmalhotra@keker.com

MATAN SHACHAM - # 262348
mshacham@keker.com

WILLIAM S. HICKS - # 256095
whicks@keker.com

this 19th Day of July 2019

_____
CHRISTOPHER KING, J.D.