UNITED STATES DISTRICT FEDERAL COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER KING, JD<br>A/K/A KingCast,_<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 19-CV-1987<br><br>JUDGE WILLIAM ORRICK |

**SUPPLEMENTAL POST HEARING UPDATE OF CHRISTOPHER KING, J.D.
IN OPPOSITION TO DEFENDANT'S 12(b)(6) MOTION TO DISMISS**

May it Please the Court, Plaintiff respectfully asks Leave of Court to issue a rather pertinent and short update to the last Post-Hearing Update that concluded with the following passage:

> These two images on pp. 4-5 are from today, 19 July 2019 showing how it is still Defendant's Policy-in-fact to restrict the Facebook blog based on "Community Standards" but not his personal blog, Chris King's First Amendment Page, even though the content is IDENTICAL.

To this unique set of facts, Plaintiff adds the following observations:

1. He has been testing the ban against howtosuefacebook blog periodically, several times even after the Hearing of 17 July 2019, 3-4 times over the past month.

2. Only in the past several days has Facebook rescinded the ban, such that Plaintiff may now post both blogs.

3. Further, as far as Plaintiff is aware, the lift was only completed on 20 August, 2019 -- the very same day that a Seattle scientist wrote the Court and Counsel for the Parties, sua sponte, to decry Defendant's position in this case as noted on the following pages. Thus capping the measure of Damages on that particular issue.

1



1. Holy sh*t. Facebook has rescinded the block on howtosuefacebook blog. I just linked it by accident and they let it go through! Wild, right. BUSTED, right.

2. KingCast App nearing completion as Seattle area scientist writes letter of support to Federal Court and Facebook Counsel.

https://howtosuefacebook.blogspot.com/2019/08/seattle-area-scientist-reviews-kingcast.html

First of all before we get to the letter written to the Court of this man's own initiative, this is the first draft of the thumbnail for my forthcoming app that I'll be discussing before my colleague Tony Doupé and his film class tomorrow, as I am wont to do over the years. Here's a series of Facebook discussions. Eventually I will teach film and media but for now all you need to know is that the app will help thousands of people effectively gain camera access to Courts that is all too-often wrongfully denied.

2

************

Dear Court and Counsel:

I am a Seattle-based scientist working on noninvasive molecular diagnostics for cancer. I have been following the 2019 case of King v. Facebook -- number 1987 -- and am writing to express my opinion, as it seems very timely and important.

As I understand it, unlike a majority of companies in America, Facebook is currently empowered to violate its own contracts and terms of service with its users at its sole discretion, while enjoying significant immunity from law suits intended to seek redress. In 2019, Facebook is one of the largest and most powerful companies ever to exist, and its capacity to wield influence is enormous. Allowing it to continue to receive the special protections that were granted in the 1990's by the Communications Decency Act (CDA) when the internet was a fledgling industry, in the face of arguments like that of Mr. King, seems to be an indefensible position. That Mr. King's postings on the Facebook platform have been selectively removed only when titled "How to Sue Facebook," however tasteful or not, resembles retaliation, seems like censorship of his First Amendment rights, and is not supported by Facebook's own terms of service.

It sets a bad precedent to leave Facebook's broad immunity under the CDA the in-tact, and I urge you to consider revoking it.

*******

Wow.

Dear Dr. XXXX, as a layperson, you get it. Thank you for reading my blog! I can't continue on the thread as it is not a legal document but I thank you for your support and make one small distinction:

There is technically no First Amendment violation. There are cases where public officials violate First Amendment Rights by snubbing people but that's not exactly the case before us and Facebook remains technically a private company regardless of its nature as the World's largest public utility.

I will be happy to take this up with you in further detail offline and again, thank you for following.

Sincerely,

Christopher King, J.D.

3

\*\*\*\*\*\*\*\*\*\*

Thank you for the distinction. Nevertheless, I hope that the platform will be made as egalitarian as possible.

Best regards,
xxx

\*\*\*\*\*\*\*\*\*\*

Respectfully submitted,

_____
CHRISTOPHER KING, J.D.

CERTIFICATE OF SERVICE

I the undersigned swear that a true and accurate copy of this Update
was submitted to ECF
And was delivered via email to Counsel for Defendant at:

Keker Van Nest & Peters,

PAVEN MALHOTRA - # 258429
pmalhotra@keker.com

MATAN SHACHAM - # 262348
mshacham@keker.com

WILLIAM S. HICKS - # 256095
whicks@keker.com

this 20th Day of August 2019

_____
CHRISTOPHER KING, J.D.

4