# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 19-7030**                                                      **September Term, 2018**

**1:18-cv-02030-TNM**

**Filed On: August 20, 2019**

Freedom Watch, Inc., individually and on
behalf of those similarly situated and Laura
Loomer, individually and on behalf of those
similarly situated Palm Beach, Floria,

      Appellants

   v.

Google Inc., et al.,

      Appellees


     **BEFORE:**    Griffith, Wilkins, and Katsas, Circuit Judges

### <u>O R D E R</u>

Upon consideration of the motion for summary affirmance, the oppositions thereto, and the replies, it is

**ORDERED** that the motion for summary affirmance be denied.  The merits of the parties' positions are not so clear as to warrant summary action.  See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).  It is

**FURTHER ORDERED** that the Appellees be limited to one joint brief, not to exceed 13,000 words.  See Fed. R. App. P. 32(a)(7).

Because the court has determined that summary disposition is not in order, the Clerk is instructed to enter a briefing schedule and to calendar this case for presentation to a merits panel.

**<u>Per Curiam</u>**