| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| 2 | PAVEN MALHOTRA - # 258429<br>pmalhotra@keker.com |
| 3 | MATAN SHACHAM - # 262348<br>mshacham@keker.com |
| 4 | WILLIAM S. HICKS - # 256095<br>whicks@keker.com |
| 5 | 633 Battery Street<br>San Francisco, CA 94111-1809 |
| 6 | Telephone: 415 391 5400<br>Facsimile: 415 397 7188 |
| 7 | Attorneys for Defendant Facebook, Inc. |

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER KING, JD<br>A/K/A KingCast, | Case No. 3:19-cv-01987-WHO |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING LIMITED EXPEDITED DISCOVERY** |
| v. | Judge: Hon. William H. Orrick, Jr. |
| FACEBOOK, INC., | Date Filed: April 12, 2019 |
| Defendant. | Trial Date: Not Set |

1  Plaintiff Christopher King and Defendant Facebook, Inc. ("Facebook") hereby stipulate as
2  follows:
3  WHEREAS, on September 25, 2019, Plaintiff filed a Second Amended Complaint
4  asserting a claim for defamation against Defendants Jennifer Marie Malone and John and Jane
5  Does (Dkt. No. 47 at 15);
6  WHEREAS, Plaintiff has requested Facebook to provide expedited discovery, before the
7  parties' Rule 26(f)[1] conference, comprising basic subscriber information for two Facebook user
8  accounts[2] that be believes are relevant to his defamation claim;
9  WHEREAS, having met and conferred, the parties hereby stipulate that Plaintiff may
10 serve a document request, before the parties' Rule 26(f) conference, limited to the categories of
11 information set forth in 18 USC § 2703(c)(2) for the two specified user accounts;
12 WHEREAS, Facebook does not consent to the service of any additional discovery before
13 the parties' Rule 26(f) conference.
14
15 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:
16 Plaintiff may serve a document request, before the parties' Rule 26(f) conference, limited
17 to the categories of information set forth in 18 USC § 2703(c)(2) for the following two user
18 accounts: (1) www.facebook.com/dfkdfjg; and (2) www.facebook.com/people/_/1159327944.
19 No further discovery may be served, before the parties' Rule 26(f) conference, without
20 Facebook's consent or leave of the Court.
21 ///
22
23 ///
24
25 ///
26

---

[1] Fed. R. Civ. Proc.

[2] Namely, (1) www.facebook.com/dfkdfjg; and (2) www.facebook.com/people/_/1159327944.

Dated:  November 8, 2019

By:   */s/ William S. Hicks*
      WILLIAM S. HICKS (SBN 256095)
      KEKER, VAN NEST & PETERS LLP

Attorneys for Defendant Facebook, Inc.

Dated:  November 8, 2019

By:   */s/ Christopher King (with permission)*
      Pro se Plaintiff

**FILER'S ATTESTATION**

I, William S. Hicks, am the ECF user whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories of this document have concurred in this filing.

      */s/ William S. Hicks*

**PROPOSED ORDER**

This cause having come before the Court on the parties' November 8, 2019 Stipulation Regarding Limited Expedited Discovery, the Court hereby endorses the parties' Stipulation as follows: Plaintiff may serve a document request, before the parties' Rule 26(f) conference, limited to the categories of information set forth in 18 USC § 2703(c)(2) for the following two user accounts: (1) www.facebook.com/dfkdfjg;  and (2)  www.facebook.com/people/_/1159327944. No further discovery may be served, before the parties' Rule 26(f) conference, without Facebook's consent or leave of the Court.

**IT IS SO ORDERED**.

Dated:  November ___, 2019

William H. Orrick, Jr.
United States District Judge