KEKER, VAN NEST & PETERS LLP
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
WILLIAM S. HICKS - # 256095
whicks@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant Facebook, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER KING, JD A/K/A KingCast,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　Defendant. | Case No. 3:19-cv-01987-WHO<br><br>**STIPULATION AND ORDER REGARDING LIMITED EXPEDITED DISCOVERY**<br><br>Judge:　　Hon. William H. Orrick, Jr.<br><br>Date Filed: April 12, 2019<br><br>Trial Date: Not Set |

1  Plaintiff Christopher King and Defendant Facebook, Inc. ("Facebook") hereby stipulate as follows:

WHEREAS, on September 25, 2019, Plaintiff filed a Second Amended Complaint asserting a claim for defamation against Defendants Jennifer Marie Malone and John and Jane Does (Dkt. No. 47 at 15);

WHEREAS, Plaintiff has requested Facebook to provide expedited discovery, before the parties' Rule 26(f)[1] conference, comprising basic subscriber information for two Facebook user accounts[2] that be believes are relevant to his defamation claim;

WHEREAS, having met and conferred, the parties hereby stipulate that Plaintiff may serve a document request, before the parties' Rule 26(f) conference, limited to the categories of information set forth in 18 USC § 2703(c)(2) for the two specified user accounts;

WHEREAS, Facebook does not consent to the service of any additional discovery before the parties' Rule 26(f) conference.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

Plaintiff may serve a document request, before the parties' Rule 26(f) conference, limited to the categories of information set forth in 18 USC § 2703(c)(2) for the following two user accounts: (1) www.facebook.com/dfkdfjg; and (2) www.facebook.com/people/_/1159327944. No further discovery may be served, before the parties' Rule 26(f) conference, without Facebook's consent or leave of the Court.

///

///

///

---

[1] Fed. R. Civ. Proc.

[2] Namely, (1) www.facebook.com/dfkdfjg; and (2) www.facebook.com/people/_/1159327944.

Dated: November 8, 2019

By:   */s/ William S. Hicks*
      WILLIAM S. HICKS (SBN 256095)
      KEKER, VAN NEST & PETERS LLP

Attorneys for Defendant Facebook, Inc.

Dated: November 8, 2019

By:   */s/ Christopher King (with permission)*
      Pro se Plaintiff

## FILER'S ATTESTATION

I, William S. Hicks, am the ECF user whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories of this document have concurred in this filing.

      */s/ William S. Hicks*

**PROPOSED ORDER**

This cause having come before the Court on the parties' November 8, 2019 Stipulation Regarding Limited Expedited Discovery, the Court hereby endorses the parties' Stipulation as follows: Plaintiff may serve a document request, before the parties' Rule 26(f) conference, limited to the categories of information set forth in 18 USC § 2703(c)(2) for the following two user accounts: (1) www.facebook.com/dfkdfjg;  and (2)  www.facebook.com/people/_/1159327944. No further discovery may be served, before the parties' Rule 26(f) conference, without Facebook's consent or leave of the Court.

**IT IS SO ORDERED**.

Dated:  November 12, 2019

_____
William H. Orrick, Jr.
United States District Judge