UNITED STATES DISTRICT FEDERAL COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER KING, JD<br>A/K/A KingCast,_<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 19-CV-1987<br><br>JUDGE WILLIAM ORRICK |

**RESPONSE OF PLAINTIFF
TO SHOW CAUSE ORDER**

May it Please the Court, Plaintiff respectfully asserts that

1:       He has been diligently attempting to obtain the sought discovery regarding any and all possible Facebook user accounts held by Defendant Samuels. Facebook meanwhile has been waiting for the maximum amount of time and now refuses to provide responses. See the email chain below.

2:       He has no problem with the Court dismissing Defendant Samuels as he would rather sue her in a Massachusetts Court where he is allowed to run video anyway. See the email chain below:

**King to Hicks -- Tuesday Dec. 3**

Good Day to All,

How is the Discovery coming?

There will either be a Rule 59, an Appeal, or a Fresh First Amendment lawsuit in due course.  As to the Show Cause I will notify you of my intentions once I am aware of the Discovery status.

Ciao.

C

1

**Hicks to King -- Wednesday Dec. 4**
My understanding is that the Court's order dismissing Facebook from this case ***with prejudice*** moots your Rule 26 discovery request.  If you have any authority to the contrary, please provide it and we'll consider.  As you know, other mechanisms are available to obtain discovery from third parties.

Best,
Bill


**King to Hicks -- Tuesday Dec. 4**
I'll apprise him if your client's position on that given his request for Discovery and Service updates.

Let's see if he makes your client respond to the Rule 59 Motion I'll be filing or if he just rules that out of hand as well.

Thank dog for Righteous Counsel at the District of Columbia for pointing out the obvious:

Places of Public Accommodation are not limited to brick and mortar. That's where the first shoe will likely drop.

The First Amendment Shoe may take some time but it too is coming.

And in the War I can always know I'm doing my part. Should your client mess with me again I'll raise that First Amendment argument as a fresh claim at that point you can bank on that.

********
Also, nice way for your client to drag its feet on my Discovery Request. It had PLENTY of time to answer the request as I tendered it back on 14 Nov and it is now 5 Dec. Hell, your client only had a few more days left anyway.

Like I said I will inform the Court of your position and whatever the Court does, the Court does. I will be suing that jackass in State Court in Massachusetts where I can run my pesky cameras, then I will as you say use "other mechanisms to obtain discovery from third parties" i.e. your jackass client should the Court concur in your position and reward your client for dragging its feet on a simple Discovery Request.

I will then produce my documentary (including some of you) in front of my pesky cameras in Washington State.

And these emails will be posited with the Court later today or tomorrow.

Bottoms up fellas and lady!

2

https://www.youtube.com/watch?v=lZra_SqnPR8
C



Respectfully submitted,

_____
CHRISTOPHER KING, J.D.

3

CERTIFICATE OF SERVICE

I the undersigned swear that a true and accurate copy of this Update
was submitted to ECF
And was delivered via email to Counsel for Defendant at:

Keker Van Nest & Peters,

PAVEN MALHOTRA - # 258429
pmalhotra@keker.com

MATAN SHACHAM - # 262348
mshacham@keker.com

WILLIAM S. HICKS - # 256095
whicks@keker.com

this 5th Day of December 2019

_____
CHRISTOPHER KING, J.D.