UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KING,<br><br>         Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., et al.,<br><br>         Defendants. | Case No. 19-cv-01987-WHO<br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with the December 3, 2019 Order Granting Facebook, Inc.'s Motion to Dismiss With Prejudice and the January 8, 2020 Order Dismissing Remaining Claims Without Prejudice and Denying Rule 59 Motion.

**IT IS SO ORDERED.**

Dated: January 9, 2020



William H. Orrick
United States District Judge