UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KING,<br><br>   Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC., et al.,<br><br>   Defendants. | Case No. 19-cv-01987-WHO<br><br>**ORDER DENYING REQUEST**<br><br>Re: Dkt. No. 60 |

This case was closed and judgment entered on January 9, 2020. Dkt. Nos. 58, 59. On January 22, 2020, plaintiff filed a "Motion for Clarification on Rule 59 Motion Denial as to Discovery and Unconscionability." Dkt. No. 60. In that filing, plaintiff complains that my December 3, 2019 and January 9, 2020 Orders failed to address or adequately address his First Amendment and unconscionability arguments in support of his claims against Facebook. Dkt. No. 60 at 1, 4-5. With respect to the unconscionability argument, plaintiff asks me to address it now so that there is a "complete record." Plaintiff also seeks clarification that, in light of the dismissal of this case and the Judgment entered, defendant is not required to produce any discovery in response to requests served in this case. *Id*. at 3.

Plaintiff's request for further explanation for the dismissal of his claims against Facebook is DENIED. Judgment has been entered and this case is closed. As this case is closed, there is no obligation for Facebook to respond to discovery requests served in connection with this case.

**IT IS SO ORDERED.**

Dated: January 30, 2020

William H. Orrick
United States District Judge