UNITED STATES DISTRICT FEDERAL COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KING, JD A/K/A KingCast,_ ) | CASE NO 19-CV-1987 |
| ) | |
| Plaintiff, | |
| ) | JUDGE WILLIAM ORRICK |
| vs. | |
| ) | |
| FACEBOOK, INC. JENNIFER MARIE MALONE JANE AND JOHN DOES, ) | |
| ) | |
| Defendant. | |

**NOTICE OF APPEAL OF PLAINTIFF-APPELLANT
CHRISTOPHER KING, J.D. A/K/A KINGCAST**

NOW COMES PLAINTIFF as undersigned below, to posit his Notice of Appeal relative to the ORDER of 9 January 2020 dismissing this case before this Honorable Court.

Respectfully submitted and provided to Counsel for Appellee:

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA  94111-1809
415.391.5400

William Hicks, Esq.
whicks@keker.com

Gavin Thole, Esq.
gthole@keker.com

Paven Malhotra
PMalhotra@keker.com,

Matan Shacham
MShacham@keker.com

1

/s/ CLK
_____
Christopher King, J.D. A/K/A KingCast
Appellant Pro Se

12048 Greenwood Avenue North
Seattle, WA 98133
617.543.8085 m
206.299.9333 f